UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMIRO RODRIGUEZ (2018-0430005), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 C 6247 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| DEPUTY GUYTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    By Order of October 17, 2019, the Court dismissed Plaintiff's complaint without prejudice for failure to state a federal claim. Doc. 5. At that time, the Court advised Plaintiff that failure to submit a proposed amended complaint by November 29, 2019, would result in summary dismissal of this matter on the understanding that Plaintiff intended to pursue these claims in state court or in his already pending federal lawsuit arising from the same incident, if appropriate. To date, the Court has not received a proposed amended complaint. Therefore, the Court dismisses this case without prejudice. Case closed.

Date:   January 21, 2020                                                    /s/ Sara L. Ellis